122 P.3d 1166

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## November 16, 2005

| 26868 | State v. Ah-Key | Affirmed |
| 26883 | State v. Minh Truong | Affirmed |
| 26823 | State v. Williams | Affirmed |

## November 21, 2005

| 26698 | Doe Children, In re | Affirmed |

## November 22, 2005

| 26022 | Clement v. State | Affirmed |
| 26065 | State v. Rawlins | Affirmed |

## November 25, 2005

| 26548 | State v. Von Hamm | Affirmed |

## November 28, 2005

| 26130 | State v. Kyung Joong Kwon | Affirmed |
| 25906 | Yamanaka v. Hawaii Public Employees Health Fund | Affirmed |
| 25816 | Yogi v. City and County of Honolulu; Yogi v. Hawaii Newspaper Agency | Affirmed |

## November 29, 2005

| 26644 | Doe Children, In re | Affirmed |
| 26045 | Jones v. State | Affirmed in part, vacated in part and remanded |